**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MATTHEW BARCUS,                  )
                                 )
                Petitioner,      )          3:11-cv-00857-ECR-WGC
                                 )
vs.                              )          **ORDER**
                                 )
                                 )
GREG SMITH, *et al.*,            )
                                 )
                Respondents.     )
_____/

       Matthew Barcus, a Nevada prisoner, has submitted a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, which was filed and served on respondents on January 25, 2012 (ECF #6).

       Petitioner has filed a motion to amend/correct his petition (ECF #10) and included his statement of additional claims (ECF #10, *see* p. 2).  Petitioner's motion is granted.  The court shall construe this document as a Statement of Additional Claims.  Respondents shall respond to all grounds set forth in petitioner's habeas petition as well as those set forth in this new document.

       **IT IS THEREFORE ORDERED** that petitioner's motion to amend his petition (ECF #10) is **GRANTED**.

       **IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the document at ECF #10, which the court shall construe as a Statement of Additional Claims and hereinafter refer to the document as such, on respondents.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of this order within which to answer, or otherwise respond to, the petition.  In their answer or other response, respondents shall address all claims presented by petitioner in his petition as well all claims presented by petitioner in his Statement of Additional Claims.  Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default.  **Successive motions to dismiss will not be entertained**.  If an answer is filed, respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the United States District Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have **forty-five (45) days** from the date of service of the answer to file a reply.

Dated this 1st day of March 2012.

_____
UNITED STATES DISTRICT JUDGE

2