UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MATTHEW BARCUS, | ) | |
| | ) | |
| Petitioner, | ) | 3:11-cv-00857-ECR-WGC |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GREG SMITH, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

Respondents have filed a motion for extension of time to respond to this petition for a writ of habeas corpus (ECF #12).  Good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for enlargement of time (ECF #12) is **GRANTED**.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from the date of entry of this order to file their response to the petition.

DATED this 24th day of April 2012.

*/s/ Edward C. Reed*
UNITED STATES DISTRICT JUDGE