UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW BARCUS, | Case No. 3:11-cv-00857-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| GREG SMITH, et al., | |
| Respondents. | |

Petitioner has submitted an application for certificate of appealability (dkt. no. 38). Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, this Court denied a certificate of appealability when it entered its order denying the petition. Petitioner needs to make his application to the court of appeals.

It is therefore ordered that petitioner's application for certificate of appealability (dkt. no. 38) is denied.

DATED THIS 16th day of March 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE